# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
TANYA Y. CLARK                    : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 10-CV-1240
MICHAEL J. ASTRUE,                :
Commissioner of Social Security   :
```

## ORDER

AND NOW, this 15th day of June, 2011, upon consideration of Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. No. 18) and Defendant's Opposition thereto (Doc. No. 19), it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,    C.J.